UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SIGNATURE PRESS-MILWAUKEE, INC.,

   Plaintiff,

 v.              Case No. 05-C-370

CONOPCO, INC.,

   Defendant.

**ORDER GRANTING MOTION TO COMPEL**

  Signature Press-Milwaukee, Inc. (Signature) sued Conopco, Inc., for breach of contract. Signature alleges that beginning on or about 2002, it provided various marketing and image branding services to Conopco in connection with its sales and distribution of ice cream. Signature claims that Conopco breached the contract under which these services were provided and seeks past and future damages. Additionally, or alternatively, Signature asserts claims of promissory estoppel and unjust enrichment. I have jurisdiction under 28 U.S.C. § 1332.

  The case is presently before me on Conopco's motion to compel. Conopco served a request to produce on Signature in late November of 2005, and Signature responded in late December. In its response, Signature objected to several of the requests for production, but even as to those to which no objections were asserted, Signature failed to produce documents at that time. Given the dispute between the parties over which documents Signature was required to produce, as well as the fact that the delay in production would require adjustment of the scheduling order, Conopco filed its Motion to Compel. The motion was heard by the court on February 6, 2006, and based on the

arguments and the presentations of the parties, the court hereby grants Conopco's motion. For the reasons set forth in the course of the hearing on that date, and as narrowed by agreement of the parties, Signature is ordered to produce the documents requested by Conopco on or before March 3, 2006. Further, discovery in this case is to be completed on or before June 1, 2006, and dispositive motions shall be filed on or before July 1, 2006. Further scheduling, including disclosure of damage experts, if necessary, will be ordered after that time.

    **SO ORDERED** this ___6th___ day of February, 2006.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge